## Commonwealth ex rel. Arters *v.* Arters, Appellant.

Argued December 12, 1969. *Louis Sager,* with him *Sager & Sager Associates,* for appellant; *William H. Yohn, Jr.,* with him *Wells, Campbell, Yohn & Wells,* for appellee.

Order affirmed.

WATKINS, J., absent.

## Commonwealth ex rel. Grant *v.* Grant, Appellant.

Argued December 9, 1969. *Lawrence J. Richette,* for appellant; *Bernard S. Levy,* for appellee.

Order affirmed.